**Dated: July 10, 2019**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

IN RE:
    ARTHUR A. LEVY,                                    Case No. 16-30281-JDL

        Debtor.                                                 Chapter 7

_____

    ARTHUR A. LEVY,

        Plaintiff,

vs.                                                                              Ad. Proc No. 18-00021

    UNITED STATES OF AMERICA,
    INTERNAL REVENUE SERVICE.

        Defendant.

## CONSENT ORDER DETERMINING
## DISCHARGEABILITY OF FEDERAL INCOME TAXES

Come now Plaintiff Arthur A. Levy and Defendant United States of America, on behalf of its agency, the Internal Revenue Service (IRS), by counsel, and stated that they have agreed and consented that all of debtor's federal income tax debt for years 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, and 2012 is dischargeable.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that all of the debtor's federal income tax debt for years 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, and 2012 be and is hereby determined to be dischargeable.

Approved by:

/s/ Russell W. Savory

_____
Russell W. Savory (12786)
Attorney for Arthur A. Levy
119 South Main Street, Suite 500
Memphis, TN 38103
901-523-1110

/s/ Monica M. Simmons-Jones (with permission)

_____
Monica M. Simmons-Jones (18892)
Assistant United States Attorney
167 N. Main Street, Suite 800
Memphis, TN 38103
901-544-4231


Parties to be served:

Plaintiff

United States Trustee